IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CARL ROBINSON**                                                              **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 3:08-cv-788-WHB-LRA**

**CHRISTOPHER B. EPPS, ET AL.**                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and with the Opinion and Order of this Court adopting the Report and Recommendation of United States Magistrate Judge Linda R. Anderson that recommended dismissal of this case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure based on lack of prosecution, this case is hereby dismissed without prejudice.

SO ORDERED this the 28th day of July, 2009.

                                               s/ William H. Barbour, Jr.
                                               UNITED STATES DISTRICT JUDGE